# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 5:16-cv-02642-SK | Date | July 13, 2017 |
|---|---|---|---|
| Title | Mary L. Alexander v. Carolyn W. Colvin | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|
| Marc Krause | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff's deadline to provide her initial portion of the joint stipulation to Defendant was July 5, 2017. (ECF No. 9). As of the date of this Order, however, Plaintiff has not provided her part of the joint stipulation to Defendant, nor has she filed a request for an extension of time to do so. (ECF No. 18).

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE on or before **July 31, 2017**, why this action should not be dismissed for failure to prosecute and obey court orders. Plaintiff may discharge this Order to Show Cause by providing her portion of the joint stipulation to Defendant and notifying this Court that she has done so, or by filing a request for an extension of time with this Court by no later than **July 31, 2017**.

**Plaintiff is advised that the failure to file a timely response to this Order may result in involuntary dismissal of this action for failure to comply with a court order and failure to prosecute.** *See* Fed. R. Civ. P. 41(b); L.R. 41-1.